1  LARKIN HOFFMAN DALY & LINDGREN Ltd.
   BRUCE J. DOUGLAS (*Pro Hac Vice*, SBN 23966MN)
2  1500 Wells Fargo Plaza
   7900 Xerxes Avenue South
3  Minneapolis, MN 554321-1194
   Phone: (952) 896.1569
4  Fax:   (952) 842.1717

5  Attorneys for Defendant THE BERGQUIST COMPANY

FILED  Fee Paid

2008 APR 29  A 11: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL GELINAS, an Individual, | CASE NO.: C0802137 |
| Plaintiff, | |
| v. | |
| THE BERGQUIST COMPANY, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Bruce J. Douglas, an active member in good standing of the bar of the United States District Court for the District of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, The Bergquist Company, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State of the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set formth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution

---

MHA
McDonough Holland & Allen PC
Attorneys at Law

1
APPLICATION FOR ADMISSION OF BRUCE J. DOUGLAS PRO HAC VICE

1092761v1 29501/0004

1     programs of this Court; and,

2   3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Richard W. Osen (SBN 042566)
Julie A. Raney (SBN 176060)
Ann Taylor Schwing (SBN 091914)
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
t: (916) 444-3900
f: (916) 444-3249

DATED: 4/24/08

By: _____
BRUCE J. DOUGLAS
Attorneys for Defendant, THE BERGQUIST COMPANY