LARKIN HOFFMAN DALY & LINDGREN Ltd.
BRUCE J. DOUGLAS (*Pro Hac Vice*, SBN 23966MN)
WILLOW J. NAJJAR (*Pro Hac Vice*, SBN 320948MN)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 554321-1194
Phone: (952) 896.1569
Fax:   (952) 842.1717

Attorneys for Defendant THE BERGQUIST COMPANY

RECEIVED
2008 APR 29 AM 11: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL GELINAS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BERGQUIST COMPANY,<br><br>Defendant. | CASE NO.: C0802137<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Bruce J. Douglas, an active member in good standing of the bar of the United States District Court for the District of Minnesota, whose business address and telephone number is:

LARKIN HOFFMAN DALY & LINDGREN LTD
1500 Wells Fargo Plaza
7900 Xerxes Ave. South
Minneapolis, MC 55431
(952) 835-3800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing THE BERGQUIST COMPANY.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing.*
3  DATED: _____
4
5
6                                           By:_____
7                                           UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28