| | |
|---|---|
| LARKIN HOFFMAN DALY & LINDGREN Ltd.<br>BRUCE J. DOUGLAS (*Pro Hac Vice*, SBN 23966MN)<br>WILLOW J. NAJJAR (*Pro Hac Vice*, SBN 320948MN)<br>1500 Wells Fargo Plaza<br>7900 Xerxes Avenue South<br>Minneapolis, MN 554321-1194<br>Phone: (952) 896.1569<br>Fax:    (952) 842.1717<br><br>Attorneys for Defendant THE BERGQUIST COMPANY | FILED<br><br>2008 APR 30  P 2: 35<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL GELINAS, an Individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE BERGQUIST COMPANY,<br><br>　　　　　　　Defendant. | CASE NO.: C0802137<br><br><br><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

　　　　Pursuant to Civil L.R. 11-3, Willow J. Najjar, an active member in good standing of the bar of the United States District Court for the District of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, The Bergquist Company, in the above-entitled action.

　　　　In support of this application, I certify on oath that:

　　　　1.　　I am an active member in good standing of a United States Court or of the highest court of another State of the District of Columbia, as indicated above;

　　　　2.　　I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution

1  programs of this Court; and,

2  3. An attorney who is a member of the bar of this Court in good standing and who
3  maintains an office within the State of California has been designated as co-counsel
4  in the above-entitled action. The name, address and telephone number of that
5  attorney is:

Richard W. Osen (SBN 042566)
Julie A. Raney (SBN 176060)
Ann Taylor Schwing (SBN 091914)
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
t: (916) 444-3900
f: (916) 444-3249

DATED: April 24, 2008

By: /s/ Willow Najjar

WILLOW J. NAJJAR
Attorneys for Defendant, THE BERGQUIST COMPANY