LARKIN HOFFMAN DALY & LINDGREN Ltd.
BRUCE J. DOUGLAS (*Pro Hac Vice*, SBN 23966MN)
WILLOW J. NAJJAR (*Pro Hac Vice*, SBN 320948MN)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 554321-1194
Phone: (952) 896.1569
Fax:    (952) 842.1717

RECEIVED
2008 APR 30 PM 2: 34
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA S.J.

Attorneys for Defendant THE BERGQUIST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL GELINAS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BERGQUIST COMPANY,<br><br>Defendant. | CASE NO.: C0802137<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Willow J. Najjar, an active member in good standing of the bar of the United States District Court for the District of Minnesota, whose business address and telephone number is:

LARKIN HOFFMAN DALY & LINDGREN LTD
1500 Wells Fargo Plaza
7900 Xerxes Ave. South
Minneapolis, MC 55431
(952) 835-3800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing THE BERGQUIST COMPANY.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will

[Proposed] Order Granting APPLICATION FOR ADMISSION OF WILLOW J. NAJJAR PRO HAC VICE          1092811v1 29501/0004

constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

By:_____

UNITED STATES DISTRICT COURT JUDGE