```
 1  LARKIN HOFFMAN DALY & LINDGREN Ltd.
    BRUCE J. DOUGLAS (Pro Hac Vice, SBN 23966MN)
 2  WILLOW J. NAJJAR (Pro Hac Vice, SBN 320948MN)
    1500 Wells Fargo Plaza
 3  7900 Xerxes Avenue South
    Minneapolis, MN  554321-1194
 4  Phone: (952) 896.1569
    Fax:   (952) 842.1717
 5
    Attorneys for Defendant THE BERGQUIST COMPANY
 6
```

**RECEIVED**
**2008 APR 30  PM 2: 34**
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL GELINAS, an Individual, | CASE NO.: C0802137 |
| Plaintiff, | |
| v. | |
| THE BERGQUIST COMPANY, | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Defendant. | |

Willow J. Najjar, an active member in good standing of the bar of the United States District Court for the District of Minnesota, whose business address and telephone number is:

LARKIN HOFFMAN DALY & LINDGREN LTD
1500 Wells Fargo Plaza
7900 Xerxes Ave. South
Minneapolis, MC  55431
(952) 835-3800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing THE BERGQUIST COMPANY.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will

1

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing.*

3  DATED: 4/30/08

By: *Patricia V. Trumbull*

UNITED STATES DISTRICT COURT JUDGE