CASE TITLE: *Michel Gelinas v. The Bergquist Company*

COURT/CASE NO: U.S.D.C. Northern District of California Case No. 08-CV-02137 (PVT)

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 1, 2008 I served the within:

(1) ANSWER TO COMPLAINT FOR DECLARATORY RELIEF

[X] **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[ ] **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

[ ] **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

Lisa M. Chapman ( SBN118113)
NIXON PEABODY LLP
200 Page Mill Road, Second Floor
Palo Alto, CA  94306-2022
t:  (650) 320-7700
f:  (650) 320-7701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on May 1, 2008

/s/   *Beba Maletic-Arsov*
BEBA MALETIC-ARSOV


:Donough Holland & Allen PC
Attorneys at Law