LARKIN HOFFMAN DALY & LINDGREN Ltd.
BRUCE J. DOUGLAS (*Pro Hac Vice*, SBN 23966MN)
WILLOW J. NAJJAR (*Pro Hac Vice*, SBN 320948MN)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431-1194
Phone: 952.896.1569
Fax:    952.842.1717

Attorneys for Defendant THE BERGQUIST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL GELINAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE BERGQUIST COMPANY,<br><br>　　　　Defendant. | NO. 08-CV-02137 (PVT)<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Defendant The Bergquist Company, by and through its attorneys, as and for its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

　　　　Defendant The Bergquist Company is a privately held company. No publicly held company owns ten percent (10%) or more of its stock. There is no parent corporation.

CORPORATE DISCLOSURE STATEMENT - 1

1102499v1 29501/0004

| | |
|---|---|
| Dated: June 3, 2008 | /s/ Julie Raney |

                        Richard Osen (SBN 042566)
                        Julie A. Raney (SBN 176060)
                        Ann Taylor Schwing (SBN 91914)
                        McDONOUGH HOLLAND & ALLEN PC
                        Attorneys at Law
                        555 Capitol Mall, 9th Floor
                        Sacramento, CA  95814
                        Phone: 916.444.3900
                        Fax:  916.444.8334

                        and

                        Bruce J. Douglas (*Pro Hac Vice,* SBN 23966MN)
                        Willow J. Najjar (*Pro Hac Vice,* SBN 320948MN)
                        LARKIN HOFFMAN DALY & LINDGREN Ltd.
                        1500 Wells Fargo Plaza
                        7900 Xerxes Avenue South
                        Minneapolis, Minnesota  55431-1194
                        (952) 835-3800

                        ATTORNEYS FOR DEFENDANT
                        THE BERGQUIST COMPANY

CORPORATE DISCLOSURE STATEMENT - 2

1102499v1 29501/0004

## CERTIFICATE OF SERVICE

I certify that on June 3, 2008, I caused to be mailed a copy of the Defendant's Corporate Disclosure Statement by U.S. Mail, postage prepaid, upon counsel of record for Plaintiff whose address is as follows:

>Lisa Chapman, Esq.
>**NIXON PEABODY, LLP**
>200 Page Mill Road, Suite 200
>Palo Alto, CA 94306

                                /s/ Beba Maletic-Arsov
                              _____
                              BEBA MALETIC-ARSOV

1203686.1