LARKIN HOFFMAN DALY & LINDGREN Ltd.
BRUCE J. DOUGLAS (*Pro Hac Vice,* SBN 23966MN)
WILLOW J. NAJJAR (*Pro Hac Vice,* SBN 320948MN)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431-1194
Phone: 952.896.1569
Fax:   952.842.1717

Attorneys for Defendant THE BERGQUIST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL GELINAS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BERGQUIST COMPANY,<br><br>    Defendant. | NO. 08-CV-02137 (PVT)<br><br>**[PROPOSED] ORDER** |

This matter came on for hearing before the Honorable Magistrate Judge Patricia V. Trumbull on <u>July 29, 2008</u>, upon the motion of The Bergquist Company ("Bergquist") to dismiss, stay, or transfer this action to Minnesota.   Based upon the papers filed in support of the motion, the arguments of counsel, and all of the files, records, and proceedings in this matter,

**IT IS HEREBY ORDERED** that:

Defendant The Bergquist Company's Motion is GRANTED.

In addition, the court ORDERS:

This action is dismissed, [or stayed], or [transferred to Minnesota].

[PROPOSED] ORDER - 1

1103168v1 29501/0004

| | |
|---|---|
| | **BY THE COURT:** |
| Dated: | _____ |
| | Magistrate Judge Patricia V. Trumbull |
| | Judge of the United States District Court |
| | Northern District of California |

1202615.1

[PROPOSED] ORDER - 2

1103168v1 29501/0004