1  Lisa M. Chapman (SBN #118113)
   NIXON PEABODY LLP
2  200 Page Mill Road, Second Floor
   Palo Alto, CA 94306-2022
3  Telephone: (650) 320-7700
   Fax: (650) 320-7701
4
   Attorney for Plaintiff
5  MICHEL GELINAS

6

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9

10 MICHEL GELINAS, an individual,          Case No.: C-08-02137 PVT
11                                         **DECLARATION OF LISA M. CHAPMAN**
                        Plaintiff,
12
       vs.
13
   THE BERGQUIST COMPANY, a Minnesota
14 corporation, and DOES 1 – 20, inclusive,

15                      Defendants.

16

17

18     I, Lisa M. Chapman, declare that:

19     1.     I am an attorney with the law firm of Nixon Peabody LLP. I am one of the attorneys

20 for Plaintiff, Michel Gelinas, in the above-entitled action.

21     2.     Attached hereto as Exhibit A is a true and correct copy of the Initial Report or Claim

22 filed with the State of California, Department of Industrial Relations, Division of Labor Standards

23 Enforcement, State Labor Commissioner.

24     3.     Attached hereto as Exhibit B is a true and correct copy of Gelinas' Notice of Motion

25 to Dismiss filed with the United States District Court for the District of Minnesota in Case No. 0:08-

26 CV-00569.

27     4.     Attached hereto as Exhibit C is a true and correct copy of Gelinas' Motion to Dismiss

28 filed with the United States District Court for the District of Minnesota in Case No. 0:08-CV-00569.

5. Attached hereto as Exhibit D is a true and correct copy of the Proof of Service filed with the Superior Court of California in and for the County of Santa Clara in Case No. 108CV109164.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8th, 2008 at Palo Alto, California.

_____
Lisa M. Chapman

# EXHIBIT A

STATE OF CALIFORNIA - DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT
STATE LABOR COMMISSIONER

## Initial Report or Claim/ Reporte Inicial O Reclamo

PLEASE PRINT ALL INFORMATION / POR FAVOR ESCRIBA CON LETRA DE MOLDE TODA LA INFORMACIÓN

| FOR OFFICE USE ONLY – NO ESCRIBA EN ESTA SECCION | | |
|---|---|---|
| Taken by | Wage Adjudication | |
| Date filed | Action | SIC Number |

If interpreter needed, what language?/Si necesita un interprete, que idioma? : _____

| Your name / Su nombre | Interpreter needed | Social Security Number | Date of birth |
|---|---|---|---|
| Michel Gelinas | Interprete requerido ☐ Yes ☑ No | No. de Seguro Social 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 | Fecha de nacimiento 5-21-1967 |

| Your address – Number and street, apartment or space no. Su domicilio – No. y calle, apartamento o no. de espacio | Home phone no. Teléfono - casa | Work phone no. / current No. de teléfono de su trabajo actual |
|---|---|---|
| 2380 Dyden Avenue | (408) 846-9184 | (408) 847-3370 |

| City, State, Zip Code / Ciudad, Zona Postal | California Driver's License No. / CA. I.D. Number No. de Licencia de Conducir o Identificación de California |
|---|---|
| Gilroy, CA 95020 | |

### AGAINST / EN CONTRA

| Name of business / Nombre del negocio | | |
|---|---|---|
| The Berquist Company | ☐ Corporation | ☐ Sociedad anonima |
| Employer's vehicle license no./Numero de licencia del vehiculo del empleador: Not applicable | ☐ Sole owner ☐ Partnership | ☐ Propietario ☐ Sociedad |
| Address of business, City, State, Zip Code / Dirección del negocio, Ciudad, Zona Postal | ☐ LLC-LLP | ☐ LLC-LLP |
| 18390 West 78th Street Chanhassen, MN 55317 | ☐ Bankruptcy ☐ Business sold ☐ Business closed | ☐ Bancarrota ☐ Negocio vendido ☐ Negocio cerrado |

| Name of person in charge / Nombre de la persona a cargo | Telephone no. / No. de teléfono | Type of business / Tipo de negocio | No. of employees No. de empleados |
|---|---|---|---|
| Diane Erdman | 800-347-4577 | Manufacturer | Unknown |

| Type of work performed / Ocupación, tipo de trabajo hecho | Date of hire Fecha de empleo | Public Works Project? ¿Proyecto de Obras Públicas? | Was your job union? ¿Pertenecía Ud. a un sindicato? |
|---|---|---|---|
| Sales | 4-27-2004 | ☐ Yes ☑ No | ☐ Yes ☑ No |

| Location where work performed - Number. and Street, City, County, Zip Code / Lugar donde trabajó - No. de Calle, Ciudad, Condado, Zona Postal |
|---|
| Gilroy, CA 95020 |

### WAGES - CONDITIONS OF EMPLOYMENT / SUELDO – CONDICIONES DE EMPLEO

| Rate of pay - per hour, day, week or month or piece rate (specify) Tasa de pago –por hora, día, semana, mes o por pieza (especifique) $ 139,700. annually + commission | Total hours worked / Total de horas trabajadas By day / Por día By week 40+ / Por semana 40+ | Paid Overtime? ¿Le pagaban el sobretiempo? ☐ Yes ☑ No |
|---|---|---|
| Are you still working for this employer? ¿Aún sigue trabajando para este patrón? ☐ Yes ☑ No | ☑ Discharged / Despedido     ☐ Quit / Renuncié | On what date? ¿En que fecha? 10-22-2007 | Were you paid at time of discharge? ¿Le pagarón cuando lo despidieron? ☐ Yes ☑ No |
| If quit, did you give 72 hours notice? ¿Si renunció, dió Ud. 72 horas de aviso? ☐ Yes ☐ No | Have you asked for your wages? ¿Ha solicitado su sueldo? ☑ Yes ☐ No | If yes, on what date? Si es que si, ¿en que fecha? 10/22/07 and others | ☑ In person / En persona ☐ By mail / Por correo |
| How were you paid? ¿Cómo le pagaban? | ☑ By check / con cheque ☐ In cash / en efectivo | Given a deduction slip? ☐ Yes ☑ No ¿Le dierón un talón de deducciones? | Did you keep a record of hours worked? ☐ Yes ☑ No ¿Tiene récord de las horas trabajadas? |

### GROSS WAGES CLAIMED / GANANCIAS EN BRUTO RECLAMADAS

| From (date) / De (Fecha) | To (date)/ A (Fecha) | Number of hours, days, weeks or months (Specify: vacation, commission, expenses, overtime) No. de horas, días, semanas o meses reclamados (Especifique: vacaciones, comisión, gastos, sobretiempo) | |
|---|---|---|---|
| 4-27-2004 mo. / date / yr. | 10-22-2007 mo. / date / yr. | Commission | |
| At the rate of - per hour, day, week or month (specify) Al pago de - por hora, día, semana o mes (especifique) $ | | Gross amount claimed Cantidad en bruto reclamada | $ 91,118.40 |
| Brief explanation of issues (use additional sheet if necessary) Breve explicación de los hechos (use papel adicional si es necesario) See attached | | Less amount paid: Menos la candidad recibida | $ |
| | | Amount claimed: Cantidad o saldo reclamado: | $ |

I hereby certify that this is a true statement to the best of my knowledge/Por el presente, que esta es una declaración veridica conforme a mi conocimiento.

Signed: [signature]     Date: 05/02/08

DLSE FORM 1 / WAGE ADJUDICATION REV. 5/2005

### Attachment to Michel Gelinas' Claim

### Unpaid Bonus/Commission

The terms of Claimant's employment provided that he was to be paid a base salary plus commissions earned. The commissions were called "bonus" payments. The total amount of commission (or bonus) payments that he was entitled to receive at the time of his discharge was 75,000.00.

### Penalty

The Claimant was discharged from his employment with Bergquist on October 22, 2007. He did not receive wages that he was owed for the weeks immediately prior to his termination until ten (10) days later on November 2, 2007.

The Claimant did not receive a check for the expenses that he had previously submitted until November 16, 2007, twenty four (24) days after he was discharged.

The Claimant did not receive a check for bonus payments that were due to him until he received a partial payment on December 21, 2007, twenty-nine (29) days after he was discharged.

Under California Labor Code, Section 201, Bergquist was obligated to pay the Claimant all wages due at the time he was discharged. This includes salary and bonus payments due at the time he was discharged. A willful failure to make these payments justifies a finding that Bergquist owes the Claimant penalties pursuant to Labor Code Section 203. Claimant is entitled to a penalty award in the amount of $16,118.40.

11003012.1

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE BERGQUIST COMPANY, | Case No. 0:08-cv-00569-DWF-JJK |
| Plaintiff | |
| v. | DEFENDANT'S NOTICE OF MOTION TO DISMISS |
| MICHEL GELINAS, | |
| Defendant. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 24, 2008, Defendant, Michel Gelinas, hereby filed his Motion to Dismiss with proposed Order with respect to the Complaint served by Plaintiff, The Bergquist Company, on or about May 13, 2008. **FURTHER TAKE NOTICE** that Defendant's motion will be heard on August 8, 2008 at 9:00 a.m. C.S.T., before the Honorable Judge Donovan W. Frank, United States District Court, District of Minnesota, in Courtroom 1 of the U.S. Courthouse, Seventh Floor, 180 East Fifth Street, Saint Paul, Minnesota.

Dated this 24th day of June, 2008.

    MICHEL GELINAS, Defendant,

    By: /s/ Roshan N. Rajkumar
        Roshan N. Rajkumar
        BOWMAN AND BROOKE, LLP
        150 South Fifth Street, Suit 3000
        Minneapolis, MN 55402
        (612) 339 8682
        (612) 672 3200 (facsimile)
        Roshan.Rajkumar@msp.bowmanandbrooke.com

    and

    Margaret C. Hershiser (NE 19545)
    KOLEY JESSEN P.C., L.L.O.
    One Pacific Place, Suite 800
    1125 South 103rd Street
    Omaha, NE 68124-1079
    (402) 390 9500
    (402) 390 9005 (facsimile)
    Margaret.Hershiser@koleyjessen.com
    (pro hac vice application to be submitted)

    Attorneys for Defendant

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE BERGQUIST COMPANY,<br><br>Plaintiff<br><br>v.<br><br>MICHEL GELINAS,<br><br>Defendant. | Case No. 0:08-cv-00569-DWF-AJB<br><br>**DEFENDANT'S MOTION TO DISMISS** |

Defendant, Michel Gelinas ("Gelinas"), hereby moves under Federal Rule of Civil Procedure 12(b) and Local Rule 7.1(b) for a dismissal of the Complaint filed by Plaintiff, The Bergquist Company. In support of this Motion, Gelinas states:

1. The Court lacks subject-matter jurisdiction over this case because the amount in controversy requirement for diversity jurisdiction has not been met and the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, does not provide an independent basis of federal jurisdiction; and

2. Plaintiff fails to state a claim upon which relief can be granted because there is no agreement between the parties to arbitrate any purported violations of the Non-Compete, Non-Solicitation and Confidentiality Agreement.

WHEREFORE, for the foregoing reasons, as well as those set forth in the Memorandum of Law in Support of Defendant's Motion to Dismiss, Defendant, Michel Gelinas, respectfully requests that the Court grant his Motion to Dismiss.

Dated this 24th day of June, 2008.

MICHEL GELINAS, Defendant,

By: /s/ Roshan N. Rajkumar
    Roshan N. Rajkumar
    BOWMAN AND BROOKE, LLP
    150 South Fifth Street, Suit 3000
    Minneapolis, MN 55402
    (612) 339 8682
    (612) 672 3200 (facsimile)
    Roshan.Rajkumar@msp.bowmanandbrooke.com

    and

    Margaret C. Hershiser (NE 19545)
    KOLEY JESSEN P.C., L.L.O.
    One Pacific Place, Suite 800
    1125 South 103rd Street
    Omaha, NE 68124-1079
    (402) 390 9500
    (402) 390 9005 (facsimile)
    Margaret.Hershiser@koleyjessen.com
    (pro hac vice application to be submitted)

    Attorneys for Defendant

# EXHIBIT D

1  Lisa M. Chapman (SBN #118113)
   NIXON PEABODY LLP
2  200 Page Mill Road, Second Floor
   Palo Alto, CA 94306-2022
3  Telephone: (650) 320-7700
   Fax: (650) 320-7701
4
   Attorney for Plaintiff
5  MICHEL GELINAS

6

7                SUPERIOR COURT OF CALIFORNIA
8            IN AND FOR THE COUNTY OF SANTA CLARA
9

10  MICHEL GELINAS, an individual,        Case No.: 108CV109164
11
                Plaintiff,                PROOF OF SERVICE
12
        vs.
13
    THE BERGQUIST COMPANY, a Minnesota
14  corporation, and DOES 1 – 20, inclusive,     **BY FAX**
15              Defendants.
16

17

18       Please see attached.

19

20



PROOF OF SERVICE

Service of Process by



**APS International, Ltd.**
1-800-328-7171

Michel Gelinas, an individual, et. al., Plaintiff(s)
vs.
The Berquitst Company, et. al., Defendant(s)

**Law Firm Requesting Service:**
NIXON PEABODY LLP
Kerry L Ortiz
200 Page Mill Road, Second Floor
Palo Alto, CA 94306-2022
Customer File: 049457/02

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--The Berquist Company
Court Case No. 108CV109164

State of: Minnesota ) ss.
County of: Hennepin )

| | |
|---|---|
| **Name of Server:** | **Ryan Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on 03-Apr-2008 10:10 am |
| **Place of Service:** | at 18930 W 78th Street, city of Chanhassen, state of MN |
| **Documents Served:** | the undersigned served the documents described as:<br>Civil Lawsuit Notice;<br>Summons and Complaint for Declaratory Relief; |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**The Berquist Company**<br>By delivering them into the hands of an officer or managing agent whose name and title is **Mark Fandrich, Controller** |
| **Other Information:** | **and by mailing a copy of the documents listed above to the party, to the address shown above, by first class mail, postage prepaid on April 3, 2008 from Minneapolis, MN 55439** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex **M** ; Skin Color **white** ; Hair Color **Grey** ; Facial Hair ____<br>Approx. Age **43** ; Approx. Height **5'11"** ; Approx. Weight **185**<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br>_(signature)_<br>Signature of Server<br>**APS International, Ltd.**<br>APS International Plaza · 7800 Glenroy Rd.<br>Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this 7th day of April, 20 08<br>_(signature)_<br>Notary Public  (Commission Expires)<br>ELIZABETH A. LITTLE<br>NOTARY PUBLIC-MINNESOTA<br>MY COMMISSION EXPIRES 1-31-2010 |