1  Lisa M. Chapman (SBN #118113)
   NIXON PEABODY LLP
2  200 Page Mill Road, Second Floor
   Palo Alto, CA 94306-2022
3  Telephone: (650) 320-7700
   Fax: (650) 320-7701
4
   Attorney for Plaintiff
5  MICHEL GELINAS

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 MICHEL GELINAS, an individual,           Case No.: C-08-02137 PVT

11                      Plaintiff,          **DECLARATION OF MARGARET C.
                                            HERSHISER**
12
          vs.
13
   THE BERGQUIST COMPANY, a Minnesota
14 corporation, and DOES 1 – 20, inclusive,

15                      Defendants.

16

17

18        I, Margaret C. Hershiser, declare that:

19        1.     I am an attorney with the law firm of Koley Jessen P.C., L.L.O.. I am one of the

20 attorneys for Plaintiff, Michel Gelinas.

21        2.     On February 15, 2008, I have a telephone conference with Bruce Douglas, counsel for

22 Defendant, The Bergquist Company.

23        3.     During our telephone conference we discussed the letter that Mr. Gelinas had received

24 from Mr. Douglas on February 8, 2008.

25        4.     I raised a number of issues concerning the Non-Compete, Non-Solicitation and

26 Confidentiality Agreement ("Non-Compete Agreement") and the Separation Agreement and General

27 Release ("Separation Agreement") between the parties, including the inapplicability of the arbitration

28

---

DECLARATION OF MARGARET C. HERSHISER                                               C-08-02137 PVT
440060.2

provision in the Separation Agreement to the Non-Compete Agreement, and indicated that Gelinas' position was that neither of the agreements were enforceable.

5. At the conclusion of our conversation, Mr. Douglas indicated that he would speak to Defendant and inform me of his intended next steps.

6. Thereafter, on February 28, 2008, Mr. Douglas advised me that he intended to file a claim in arbitration.

7. In response, I expressed my surprise that Defendant would be filing its claim in arbitration before the parties had the opportunity to engage in informal discussions to resolve the matter.

8. At no time during either of our conversations did Mr. Douglas indicate that he would also be filing a lawsuit, despite one of our conversations occurring on the same day that the Minnesota litigation was filed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2008 at Omaha, Nebraska.

Margaret C. Hershiser