Lisa M. Chapman (SBN #118113)
NIXON PEABODY LLP
200 Page Mill Road, Second Floor
Palo Alto, CA 94306-2022
Telephone: (650) 320-7700
Fax: (650) 320-7701

Attorney for Plaintiff
MICHEL GELINAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHEL GELINAS, an individual,

Plaintiff,

vs.

THE BERGQUIST COMPANY, a Minnesota corporation, and DOES 1 – 20, inclusive,

Defendants.

Case No.: C-08-02137 PVT

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

Pursuant to Federal Rule of Evidence 201, Plaintiff Michel Gelinas hereby requests that the court take judicial notice of the following in ruling on his motion to remand this matter to the Superior Court:

1. The returned and executed summons in, *The Berquist Co. v. Michel Gelinas*, United States District Court District of Minnesota File No. 08CV569DWFIAJB, filed on May 29, 2008, which appears as item number 4 on that court's docket. A true and correct copy of this document is attached hereto as Exhibit A.

DATED: July 15, 2008

Respectfully submitted,

NIXON PEABODY LLP

By: /s/ Lisa M. Chapman
Lisa M. Chapman
Attorneys for Plaintiff
MICHEL GELINAS

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Bergquist Company,

Plaintiff,

v.

Michel Gelinas,

Defendant.

---

File No. 08CV569 DWF/AJB

**SUMMONS**

TO: THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon Bruce J. Douglas, of Larkin Hoffman Daly & Lindgren Ltd., Plaintiff's attorneys, whose address is 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Minneapolis, Minnesota 55431, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken upon you for the relief demanded in the complaint.

Dated: FEB 2 5 2008

[illegible] LETTEN
Clerk of Court

1187441.1

Deputy Clerk




Metro Legal Serial # LARHOD 33738 1001

Re: 25414-23

**STATE OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

**AFFIDAVIT OF SERVICE**

Robert T. Dillon (Name of Server), being duly sworn, on oath says that on

05 / 13 /2008 at 07 : 24 AM
(Date of Service) (Time of Service)

s(he) served the attached: Summons & Complaint

upon: Michel Gelinas

therein named, personally at: 2380 Dryden Avenue
Gilroy, CA 95020

by handling to and leaving with:

[ x ] Michel Gelinas
[ ] a person of suitable age and discretion then and there residing at the usual abode of said, Michel Gelinas

______________________ (Name of the Person with whom the documents were left) ______________________ (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me

_____/_____/2008.

(Signature of Server)

______________________
(Signature of Notary)

State of California, County of Santa Clara
Subscribed and sworn to (or affirmed) before me on this 27 day of May, 2008, by Robert T Dillon
~~personally known to me or~~ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
(Signature of Notary)




* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994 F (612) 332-5215