Lisa M. Chapman (SBN #118113)
NIXON PEABODY LLP
200 Page Mill Road, Second Floor
Palo Alto, CA 94306-2022
Telephone: (650) 320-7700
Fax: (650) 320-7701

Attorney for Plaintiff
MICHEL GELINAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL GELINAS, an individual,<br><br>                    Plaintiff,<br><br>     vs.<br><br>THE BERGQUIST COMPANY, a Minnesota corporation, and DOES 1 – 20, inclusive,<br><br>                    Defendants. | Case No.: C-08-02137 PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: July 17, 2008

Respectfully submitted,

NIXON PEABODY LLP


By: /s/ Lisa M. Chapman
    Lisa M. Chapman
    Attorneys for Plaintiff
    MICHEL GELINAS

CONSENT TO PROCEED BEFORE A
MAGISTRATE JUDGE

11088381.1