1   Richard W. Osen (SBN 042566)
    Ann Taylor Schwing (SBN 91914)
2   Julie Raney (SBN 176060)
    McDONOUGH HOLLAND & ALLEN PC
3   Attorneys at Law
    555 Capitol Mall, 9th Floor
4   Sacramento, CA  95814
    Phone: 916.444.3900
5   Fax:    916.444.3249

6   Bruce J. Douglas (*Pro Hac Vice*, SBN 23966MN)
    Willow J. Najjar (*Pro Hac Vice*, SBN 320948MN)
7   LARKIN HOFFMAN DALY & LINDGREN LTD.
    1500 Wells Fargo Plaza
8   7900 Xerxes Avenue South
    Minneapolis, MN  55431-1194
9   Phone: 952.896.1569
    Fax:    952.842.1717

10

11  Attorneys for Defendant THE BERGQUIST COMPANY

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15  MICHAEL GELINAS,                    )    No. 08-CV-02137 (PVT)
                                        )
16                   Plaintiff,         )    **DECLINATION TO PROCEED**
                                        )    **BEFORE A MAGISTRATE JUDGE**
17       v.                             )    **AND**
                                        )    **REQUEST FOR REASSIGNMENT TO**
18  THE BERGQUIST COMPANY,              )    **A UNITED STATES DISTRICT**
                                        )    **JUDGE**
19                   Defendant.         )
                                        )
20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Declination to Proceed Before Magistrate Judge & Request Reassignment to Dist. Judge 1115368v1 29501/0004

1   The undersigned party hereby declines to consent to the assignment of this case to a United

2   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

3   a United States District Judge.

4   DATED:  July 22, 2008

5

6                                          _____/s/ Julie Raney_____
                                           Richard W. Osen (SBN 042566)
7                                          Ann Taylor Schwing (SBN 91914)
                                           Julie Raney (SBN 176060)
8                                          McDONOUGH HOLLAND & ALLEN PC
                                           Attorneys at Law
9                                          555 Capitol Mall, 9th Floor
                                           Sacramento, CA  95814
10                                         Phone:     916.444.3900
                                           Fax:       916.444.3249
11
                                           and
12
                                           Bruce J. Douglas (*Pro Hac Vice*, SBN 23966MN)
13                                         Willow J. Najjar (*Pro Hac Vice*, SBN 320948MN)
                                           LARKIN HOFFMAN DALY & LINDGREN LTD.
14                                         1500 Wells Fargo Plaza
                                           7900 Xerxes Avenue South
15                                         Minneapolis, MN  55431-1194
                                           Phone:     952.896.1569
16                                         Fax:       952.842.1717

17                                         Attorneys for Defendant THE BERGQUIST
                                           COMPANY
18

19

20

21

22

23

24

25

26

27

28

Declination to Proceed Before Magistrate Judge & Request Reassignment to Dist. Judge 1115368v1 29501/0004