# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHEL GELINAS, | C 08-02137 RS |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| THE BERGQUIST COMPANY, | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference which was previously set for August 12, 2008 before the Honorable Judge Patricia V. Trumbull has been rescheduled for **August 22, 2008 @ 10:00 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 12, 2008

The parties are directed to contact Judge Whyte's Courtroom Deputy to re-notice their Motions on Judge Whyte's calendar.

Dated: July 24, 2008        RICHARD W. WIEKING,
                            Clerk of Court

                            /s/_____
                            Martha Parker Brown
                            Deputy Clerk