1  Richard Osen (SBN 042566)
   Ann Taylor Schwing (SBN 91914)
2  Julie A. Raney (SBN 176060)
   McDONOUGH HOLLAND & ALLEN PC
3  Attorneys at Law
   555 Capitol Mall, 9th Floor
4  Sacramento, CA 95814
   Phone: 916.444.3900
5  Fax:    916.444.3249

6  Bruce J. Douglas (*Pro Hac Vice*, SBN 23966MN)
   Willow J. Najjar (*Pro Hac Vice*, SBN 320948MN)
7  LARKIN HOFFMAN DALY & LINDGREN Ltd.
   1500 Wells Fargo Plaza
8  7900 Xerxes Avenue South
   Minneapolis, MN 55431-1194
9  Phone: 952.896.1569
   Fax:    952.842.1717
10
   Attorneys for Defendant THE BERGQUIST COMPANY
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  MICHEL GELINAS, | NO. CV-08-02137 (RMW) |
| 16           Plaintiff, | |
| 17  v. | **AMENDED NOTICE OF HEARING ON MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER** |
| 18  THE BERGQUIST COMPANY, | **OR STAY PROCEEDINGS** |
| 19           Defendant. | New Date: September 19, 2008 |
| 20 | New Time: 9:00 A.M. |
| | Dept:    Courtroom #6, 4th Floor |

21

22      **PLEASE TAKE NOTICE** that Defendant The Bergquist Company, hereby moves the Court

23  for an order dismissing the above-entitled action.

24      The Motion is based upon the ground, among others, that there is a previously filed action

25  involving the same Plaintiff and Defendant named in this action, and the same subject matter,

26  currently pending in the United States District Court for the District of Minnesota in the action: *The

27  Bergquist Company v. Michel Gelinas*, Court File No. 08-CV-00569. Because the Minnesota action

28  was first filed and concerns the same parties and subject matter as this case, Defendant respectfully

1 | requests that this action be dismissed, stayed, or transferred to the District of Minnesota.

2 |     This Motion is supported by all files, records, and other proceedings in this matter, including

3 | Bergquist's Brief and Declaration in support thereof.

4 | Dated: August 5, 2008

/s/ *Richard Osen*
Richard Osen (SBN 042566)
Julie A. Raney (SBN 176060)
Ann Taylor Schwing (SBN 91914)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax: 916.444.8334

and

Bruce J. Douglas (*Pro Hac Vice*, SBN 23966MN)
Willow J. Najjar (*Pro Hac Vice*, SBN 320948MN)
LARKIN HOFFMAN DALY & LINDGREN Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(952) 835-3800

ATTORNEYS FOR DEFENDANT
THE BERGQUIST COMPANY
THE BERGQUIST COMPANY

CASE TITLE:     *Michel Gelinas v. The Bergquist Company*

COURT/CASE NO:  U.S.D.C. Northern District of California Case No. 08-CV-02137 (PVT)

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 5, 2008 I served the within:

(1) **AMENDED** NOTICE OF HEARING ON MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER OR STAY PROCEEDINGS

[X] **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure § 1011, to the person(s) and at the address(es) set forth below.

[ ] **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in Code of Civil Procedure § 1013(c)..

[ ] **by facsimile transmission**, in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile number(s) indicated:

Lisa M. Chapman ( SBN118113)
NIXON PEABODY LLP
200 Page Mill Road, Second Floor
Palo Alto, CA  94306-2022
Tel:  (650) 320-7700
Fax: (650) 320-7701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on August 5, 2008

*Marti Gehrig*
MARTI GEHRIG



Proof of Service

1094178v2 29501/0004