# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gelinas,<br><br>            Plaintiff(s),<br><br>    v.<br><br>The Bergquist Company,<br><br>            Defendant(s). | 08-02137 RMW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 8, 2008

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Lisa M. Salvetti

_[signature]_

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**United States District Court** / **Northern District of California** (left margin)

**Notice Re: Noncompliance With Court Order**
08-02137 RMW        -2-

PROOF OF SERVICE

Case Name:    Gelinas v. The Bergquist Company

Case Number:  08-02137 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 8, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Lisa Madeline Chapman
> Nixon & Peabody LLP
> 200 Page Mill Road
> Suite 200
> Palo Alto, CA 94306
> lmchapman@nixonpeabody.com
>
> Richard William Osen
> McDonough Holland & Allen PC
> 555 Capitol Mall
> 9th Floor
> Sacramento, CA 95814
> dosen@mhalaw.com
>
> Ann Taylor Schwing
> McDonough Holland and Allen PC
> 555 Capitol Mall
> 9th Floor
> Of Counsel
> Sacramento, CA 95814
> aschwing@mhalaw.com

Julie Ann Raney
McDonough Holland & Allen PC
555 Capitol Mall
9th Floor
Sacramento, CA 95814
ekastern@mhalaw.com

Bruce J Douglas
Larkin Hoffman Daly & Lindgren LTD
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 554321-1194

Willow J Najjar
Larkin Hoffman Daly & Lindgren LTD
1500 Wells Fargo Plaza
7900 Xerxes   Avenue South
Minneapolis, MN 554321-1194


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2008 in San Francisco, California.

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Lisa M. Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov