IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHEL GELINAS,

        Plaintiff,

  v.

THE BERGQUIST COMPANY,

        Defendant.

*E-FILED - 8/8/08*

CASE NO.: C-08-02137-RMW

**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for August 22, 2008, has been continued to **September 19, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are ordered to file a Joint Case Management Statement by September 12, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 8, 2008

                                            JACKIE GARCIA
                                            Courtroom Deputy for
                                            Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record: